UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND C. PERSIK, et al.,

                Plaintiffs,

v.

GROUP HEALTH COOPERATIVE INC.
OF WASHINGTON, et al.,

                Defendants.

No. C05-882Z

ORDER

The Court, having reviewed plaintiff's complaint, hereby finds that the complaint fails to meet the requirements of Fed. R. Civ. P. 8(a). Plaintiff fails to state a statutory or common law basis for his claims. Plaintiff also fails to provide a short and plain statement of facts showing he is entitled to relief. The Plaintiff's complaint appears to request the Court overturn the United States Supreme Court decision Roe v. Wade, 410 U.S. 113 (1973). Roe is well-established Supreme Court precedent which this Court is bound to follow under the doctrine of stare decisis. See Planned Parenthood of Southeastern Pennsylvania v. Casey, 505 U.S. 833, 860-61, 869 (1992). The Court advises Plaintiff that his complaint will be dismissed without prejudice unless he files within 60 days of the date of this Order an amended complaint meeting the requirements of Rule 8(a).

ORDER -1-

1     IT IS SO ORDERED.

2     DATED this 18th day of May, 2005.

                                                              Thomas S. Zilly
                                                              United States District Judge

ORDER   -2-