UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND C. PERSIK, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>GROUP HEALTH COOPERATIVE INC.<br>OF WASHINGTON, et al.,<br><br>                Defendants. | No. C05-882Z<br><br>ORDER |

On May 18, 2005, the Court, after reviewing the Plaintiff's original complaint, issued an Order requiring the Plaintiff to amend his complaint to meet the requirements of Fed. R. Civ. P. 8(a). Order, docket no. 2. The Plaintiff filed an amended complaint, docket no. 3. The Plaintiff's amended complaint fails to meet the requirements of Fed. R. Civ. P. 8(a).

Plaintiff fails to state a statutory or common law basis for his claims. Plaintiff also fails to provide a short and plain statement of facts showing he is entitled to relief. The Plaintiff's amended complaint asks the Court to overturn the United States Supreme Court decision Roe v. Wade, 410 U.S. 113 (1973). Although the amended complaint urges the Court to ignore Roe's precedential effect, the Court cannot. See Amended Complaint, docket no. 3, at 3. Roe is well-established Supreme Court precedent which this Court is bound to follow under the doctrine of stare decisis. See Planned Parenthood of Southeastern Pennsylvania v. Casey, 505

ORDER -1-

U.S. 833, 860-61, 869 (1992). The Court DISMISSES the Plaintiff's complaint without prejudice for failure to meet the requirements of Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

DATED this 26th day of August, 2005.

Thomas S. Zilly
United States District Judge

ORDER  -2-